UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SENAD MAJDANKIC,

      Plaintiff,

v.                                                                          Case No.  8:07-cv-1573-T-24EAJ

MICHAEL CHERTOFF, et al.,

      Defendants.

_____/

## ORDER

     This cause comes before the Court on its own.  On December 21, 2007, Plaintiff Senad

Majdankic filed a document entitled "Plaintiff's Response to Defendant's Motion to Dismiss or

Remand" (Doc. No. 12).  Upon review, the Court notes that the above-referenced document is

really a reply to Defendants' Answer to Complaint and Affirmative Defenses (Doc. No. 11).

Defendants' answer and affirmative defenses has not been construed as either a motion to

dismiss or a motion to remand, and as such, Plaintiff's reply is unnecessary.  Accordingly,

Plaintiff's Response to Defendant's Motion to Dismiss or Remand (Doc. No. 12) is hereby

**STRICKEN**.

     **DONE AND ORDERED** at Tampa, Florida, this 26th day of December, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record