UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SENAD MAJDANKIC,

    Plaintiff,

v.                                            Case No. 8:07-cv-1573-T-24EAJ

MICHAEL CHERTOFF, et al.,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court on its own. On December 21, 2007, Plaintiff Senad Majdankic filed a document entitled "Plaintiff's Response to Defendant's Motion to Dismiss or Remand" (Doc. No. 12). On December 26, 2007, this Court struck the response (Doc. No. 13) as being unnecessary. On December 27, 2007, Plaintiff re-filed his Response to Defendant's Motion to Dismiss or Remand (Doc. No. 14), seemingly as a result of the Clerk's instruction to re-file for using the wrong event code.

    The Court notes that the re-filed document is still a reply to Defendants' Answer to Complaint and Affirmative Defenses (Doc. No. 11). Defendants' answer and affirmative defenses has not been construed as either a motion to dismiss or a motion to remand, and as such, Plaintiff's reply is unnecessary. Accordingly, Plaintiff's Response to Defendant's Motion to Dismiss or Remand (Doc. No. 14) is hereby **STRICKEN**.

    **DONE AND ORDERED** at Tampa, Florida, this 28th day of December, 2007.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record