UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SENAD MAJDANKIC,

    Plaintiff,

v.        Case No. 8:07-cv-1573-T-24-EAJ

PAUL D. CLEMENT, *et al.*,
    Defendants,

_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Dismiss for Mootness. (Doc. No. 16.) Defendants have no objection to this Court's granting of the motion to dismiss. Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss for Mootness (Doc. No. 16) is **GRANTED**. The Clerk is directed to close this case and terminate all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 6th day of February, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record